# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SHEHALY SALGADO-RODRIGUEZ, | Case No. 2:22-cv-00414-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| ARROW ELECTRONICS, INC., | |
| Defendant. | |

This case involves allegations related to Plaintiff's employment in Reno, Nevada, which is in Washoe County. Docket No. 1 at ¶¶ 5, 16. As such, this matter is properly transferred to the unofficial Northern Division. *See* Local Rule IA 1-8(a). Accordingly, it is hereby **ORDERED** that **this action is transferred to the unofficial northern division of this District for all further proceedings**. The Clerk of Court is instructed **to transfer** and reopen this matter as a new action under a new docket number in the northern division and to **close this case** without prejudice.

IT IS SO ORDERED.

Dated: March 8, 2022.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE